# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) STRATNEY T. ANDERSON, JR., **Plaintiff,** v. 1) J & L RESTAURANTS, INC. d/b/a McDONALD'S, **Defendants.** | Case No. 15-CV-322-JED-TWL |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE

Plaintiff, Stratney T. Anderson, Jr., by and through his attorneys of record, dismisses this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same. Parties will bear their own costs related to this matter, if any. As a result of this dismissal, there are no remaining defendants or claims.

2

        Respectfully submitted,

        *s/*David R. Blades
       David R. Blades, OBA #15187
       **BLADES & GEE, P.L.L.C.**
       7170 South Braden Avenue, Suite 140
       Tulsa, Oklahoma  74136
       Telephone:  (918) 493-6464

       **ATTORNEYS FOR PLAINTIFF**